# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 22-mj-00525-BLM |
|---|---|
| vs | **ORDER RELEASING MATERIAL WITNESS** |
| Parra-Pantoja et al | Booking No. N/A |

On order of the United States ☐ District/ ☒ Magistrate Judge, BARBARA L. MAJOR

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:

( ☐ Bond Posted/ ☐ Case Disposed / ☒ Order of Court).

**MATERIAL WITNESS**:

Andrea Padilla-Lopez

**DATE OF ARRAIGNMENT**: 03/11/2022

3/17/22
Electronically sent to the USMS

BARBARA L. MAJOR
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by  N. Peltier  x. 7099

Crim-9 (Rev. 05-20)
Original

# Natalie Peltier

| | |
|---|---|
| **From:** | CAS Releases |
| **Sent:** | Thursday, March 17, 2022 3:11 PM |
| **To:** | Natalie Peltier |
| **Subject:** | Read: 22-mj-00525-BLM_MW Abstract_ Andrea Padilla-Lopez |
| **Attachments:** | Read: 22-mj-00525-BLM_MW Abstract_ Andrea Padilla-Lopez |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.